IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RONALD D. SEVER,  :
        Plaintiff  :
    v.  : Case No. 3:11-cv-29-KRG-KAP
THOMAS PERRIN, et al.,  :
        Defendants  :

MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636, and Local Civil Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on July 3, 2013, docket no. 87, recommending that plaintiff's motion for summary judgment, docket no. 68, be denied and that the motions for summary judgment of the medical defendants, docket no. 72, and corrections defendants, docket no. 83, be granted.

The parties were notified, pursuant to 28 U.S.C.§ 636(b)(1), that they had fourteen days to file written objections to the Report and Recommendation. Plaintiff filed a notice of appeal from the Report and Recommendation, docket no. 92, timely objections, docket no. 94, and a second copy of his motion for summary judgment, docket no. 95.

After de novo review of the record, the Report and Recommendation, and the objections thereto, the following order is entered:

AND NOW, this 11th day of September, 2013, it is

ORDERED that the plaintiff's motions for summary judgment, docket no. 68, docket no. 95, are denied, and the defendants' motions for summary judgment, docket no. 72, docket no. 83, are granted. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

> Ronald D. Sever #1404871
> K.M.C.C.
> P.O. Box 860
> Oakwood, VA 24631-0860

2